# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: TRUST UNDER DEED OF TRUST
OF NELL G. JACK, SETTLOR, DATED
MAY 29, 1981 (NELL G. JACK TRUST)

PETITION OF: JOSEPH TORETTI

: No. 311 WAL 2022
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 5th day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.